UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-77-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FIDELINA ACOSTA-CACERES | ORDER |

On motion of the Defendant, Fidelina Acosta-Caceres, and for good cause shown, it is hereby ORDERED that [DE-29] be sealed until further notice by this Court. The grounds for this Order are the sensitive nature of the diagnostic assessment by Dr. Puente.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that a copy may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 23rd day of September, 2014.

JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE